IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM E. WOODS                                                                    PETITIONER
ADC #105658

V.                          NO. 5:13CV00279 KGB/JTR

RAY HOBBS, Director,                                                                RESPONDENT
Arkansas Department of Correction

### ORDER

Respondent has filed a Response arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are: (1) barred by the one-year statute of limitations; and (2) procedurally defaulted due to Petitioner's failure to properly raise them in state court. *Doc. #10*. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before November 22, 2013,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 22nd DAY OF October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

-1-