IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM E. WOODS**                                                                                       **PETITIONER**
**ADC #142102**
v.                                        Case No. 5:13-cv-00279-KGB/JTR

**WENDY KELLEY, Director of**
**Arkansas Department of Correction**[1]                                      **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 17). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

It is therefore ordered that this petition for a writ of habeas corpus under 28 U.S.C. § 2254 is denied (Dkt. No. 2) and that this case is dismissed with prejudice. A certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

SO ORDERED this the 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

---

[1] Wendy Kelley became Director of the Arkansas Department of Correction on January 13, 2015, and is automatically substituted as respondent pursuant to Federal Rule of Civil Procedure 25(d).