IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIAM E. WOODS**  **PETITIONER**
**ADC #142102**
v.  Case No. 5:13-cv-00279-KGB/JTR

**WENDY KELLEY, Director of**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this petition is dismiss with prejudice.  A certificate of appealability is denied.

SO ADJUDGED this the 22nd day of April, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE